IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br>*Defendants.* | Case No. 1:25-cv-12245 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE PSEUDONYMOUSLY**

    Plaintiffs Sileiri Doe, Meryem Doe, and Olivia Doe, through undersigned counsel, respectfully move the Court for an order allowing them to proceed under pseudonyms in this matter, for the reasons set forth in the accompanying Memorandum of Points and Authorities.

    On August 11, 2025, Plaintiffs' counsel provided Alex Haas and Diane Kelleher, the Directors of the Federal Programs Branch of the U.S. Department of Justice's Civil Division, and Rayford Farquhar, Chief of Defensive Litigation in the Civil Division of the U.S. Attorney's Office for the District of Massachusetts with a copy of Plaintiffs' Complaint. On August 11, 2025, Plaintiffs' counsel asked Defendants to confer on this motion, but Counsel for Plaintiffs have not yet been informed of Defendants' position on this motion.

    A proposed order granting the requested relief is attached.

Dated: August 12, 2025            Respectfully,

                                                  */s/ Melanie M. Chaput*
                                                  Melanie M. Chaput (MA Bar No. 643470)
                                                  Heather Arroyo (MA Bar No. 698460)
                                                  Iris Gomez (MA Bar No. 201000)
                                                  MASSACHUSETTS LAW REFORM INSTITUTE
                                                  40 Court Street, Suite 700
                                                  Boston, MA 02108

Telephone: 617.357.0700
Facsimile: 617.357.0777
mchaput@mlri.org
harroyo@mlri.org
igomez@mlri.org

Brian D. Netter (D.C. Bar No. 979362)
Allyson R. Scher (D.C. Bar No. 1616379)
Cortney Robinson Henderson (D.C. Bar No. 1656074)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(833) 391-4732
bnetter@democracyforward.org
ascher@democracyforward.org
crhenderson@democracyforward.org

*Counsel for Plaintiffs*