IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-12245 |

**PROPOSED ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE PSEUDONYMOUSLY**

Upon consideration of Plaintiffs' Motion for Leave to File Pseudonymously, the Memorandum of Points and Authorities in support of the motion, and the entire record herein, it is this \_\_\_\_ day of _____, 2025, hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED.**

_____
United States District Judge