UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-12245 |

**DECLARATION OF MERYEM DOE IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM**

I, Meryem Doe, upon my personal knowledge, hereby declare as follows:

1. I am a citizen of Cuba. I currently live in Odessa, Texas. I entered the United States on July 14, 2024, at the Paso del Norte port of entry, after receiving an appointment through the CBP One App.

2. In Cuba, the government and the Communist party began investigating me, threatening my husband's business, and extorting us.

3. As a result of the government's actions, it was not safe for me to stay in Cuba. I therefore traveled to the United States to seek protection.

4. Since my parole was terminated, my daughter and I rarely even leave our apartment at this point. We used to go on walks, play in the park, and go grocery shopping regularly. Now we only leave our apartment to go grocery shopping, once a month; we go straight to the store and back to our apartment because we are afraid that we might have an encounter with ICE and be deported back to Cuba or to another dangerous country.

5. I fear that if I, or my family, are deported, the Cuban government will retaliate us against us because we left to seek asylum to avoid extortion and harassment. I also worry about my family in Cuba and the United States, who could be targeted due to me being public in this case. I am also afraid that the public release of my name could cause a backlash against me or my family as I have heard that particularly online people can harassed or targeted. This causes me fear from the public to have my name released.

6. I also do not wish for my immigration status to become part of the public record. I fear that if my immigration status is a part of the public record I may be targeted or harmed due to my immigration status. Although the government is aware of my immigration status, other members of the public may harm or target me they think because I am undocumented. I also fear that members of my family may be targeted if my name is associated with this litigation or known to the public.

7. I also fear that personal and sensitive information about me will be known to the public if I do not proceed under a pseudonym. This litigation will expose my trauma in Cuba and during my journey to the United States. It will also expose the reasons that I left my home country, which are sensitive in nature. In Cuba, even being perceived to be against the government can cause physical harm to both you and your family, so for this reason I do not want to have to expose this information publicly.

8. I especially do not want my three-year old daughter to be affected if my information is publicly known. She will face harassment, bullying, and physical and emotional harm if my identity is known.

9. For all these reasons, if I am not permitted to use a pseudonym in this lawsuit, I will likely decide not to participate. I cannot risk my safety and that of my family.

3

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Odessa, Texas August 9, 2025.

s/ *Meryem Doe*
Meryem Doe

## CERTIFICATION

I, Manuel Coronado Pena, declare that I am fluent in the English and Spanish languages. On August 9, 2025, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2025, in Boston, Massachusetts

s/_____
Manuel Coronado Pena