UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-12245 |

**DECLARATION OF OLIVA DOE IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM**

I, Olivia Doe, upon my personal knowledge, hereby declare as follows:

1. I am a citizen of Haiti. I currently live in Peabody, Massachusetts. I entered the United States on December 1, 2024 via the Texas border, after receiving an appointment through the CBP One App.

2. I came to the United States after receiving harassment and threats in Haiti that caused me to fear for my life. I realized that I was not safe anymore and had to leave Haiti.

3. I feel distraught that I made all that effort to flee my country in the right way and my parole was still terminated.

4. I am scared that ICE will pick me up. I try to stay inside as much as I can, leaving only to shop for groceries and other items I need for my baby.

5. I fear that personal and sensitive information about me will be known to the public if I do not proceed under a pseudonym.  This litigation will expose my trauma in Haiti.  It will also expose the reasons that I left my home country, which are sensitive in nature.  I

1

fear that if my information is known to the public, the people I fear would find me in the United States. If that happened, I would fear for myself and my baby's safety.

6. If I am not permitted to use a pseudonym in this lawsuit, I will likely decide not to participate. I cannot risk my safety and that of my family.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Peabody, Massachusetts on August 7, 2025.

s/ *Olivia Doe*

Olivia Doe

Bellony, Hyppolite This is the certification that

# CERTIFICATION

I, [Bellony Hyppolite] declare that I am fluent in the English, Creole and French languages. On August, 8 2025, I read the foregoing declaration and orally translated it faithfully and accurately into [Creole] in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2025 in [Manchester, NH]

Melanie Chaput
Senior Immigration Attorney
Massachusetts Law Reform Institute
40 Court Street, Suite 700
Boston, MA 02108
(617) 357-0700, ext. 403

Translator Bellony Hyppolite:
SSN:7363