UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-12245 |

**DECLARATION OF SILEIRI DOE IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM**

I, Sileiri Doe, upon my personal knowledge, hereby declare as follows:

1. I am a citizen of Venezuela. I currently live in Columbus, Ohio. I entered the United States on September 14, 2024 at the Brownsville Texas Port of Entry, after receiving an appointment through the CBP One App.

2. I came to the United States to seek asylum because I am afraid that the Venezuelan government will harm or kill me after I protested about the poor conditions and lack of resources in Venezuelan hospitals.

3. Around 2016, in Venezuela, I was kidnapped, detained in a small room, and tortured while I was pregnant. I fled to Colombia, but my life did not get any better. In Colombia I was sex trafficked and sexually abused. After so much trauma, I decided to seek asylum in the United States.

4. Now that I have lost my parole, I am also fearful of leaving my home. I have seen immigration officials are aggressively pursuing immigrants. I am scared to be detained

1

and returned to my home country. I hardly leave my home and do not answer the door. I live in constant fear that I will be returned to Venezuela to more harm.

5. I am terrified of returning to Venezuela and Colombia. I was traumatized and taken advantage of in both countries by two different military groups/regimes. I fear that returning to either Venezuela or Colombia will put me and my family in more danger.

6. I fear retaliation if my name is made public in this lawsuit. The government of Venezuela and the paramilitary groups in Colombia will know that I am in the United States and will try to find and harm me here. If my name becomes public and I am deported, I know that the Venezuelan government will also use my willingness to petition against the United States government as further proof that I am a danger to Venezuela. They will use this to harm me.

7. I also fear that public knowledge of my involvement in this litigation will cause other members of my family to be harmed, particularly my family in Venezuela. I have family that continues living in Venezuela, including my mother, my father, and two daughters. If the Venezuelan government finds out that I am here, I know they will try to harm my family to find out where I am. I cannot risk my family being subject to more pain and trauma from the Venezuelan government.

8. I fear that if the U.S. government knows I am participating, it will retaliate against me and my family and deport us all. I know the government is deporting people like us all over the world, and that is very scary to think about. If I am deported back to Venezuela, or Colombia, I will be tortured and potentially killed.

9. I do also not wish for my immigration status to become part of the public record. I fear that if my immigration status is a part of the public record I may be targeted or harmed due to my immigration status.

10. Similarly, I fear that personal and sensitive information about me will be known to the public if I do not proceed under a pseudonym. This litigation will expose my trauma in both Venezuela and Colombia. It will also expose the reasons that I left my home country, which are sensitive in nature.

11. If I am not permitted to use a pseudonym in this lawsuit, I will likely decide not to participate. I cannot risk my safety and that of my family.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Columbus, Ohio on August 8, 2025.

s/ *Sileiri Doe* (signed)

Sileiri Doe

## CERTIFICATION

I, Manuel Coronado Pena, declare that I am fluent in the English and Spanish languages. On August 9, 2025, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I completed translating the declaration, the declarant verified that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2025, in Boston, Massachusetts

s/ _____
  Manuel Coronado Pena

4