UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,

*Defendants.*

Case No. 1:25-cv-12245

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
AND APPOINTMENT OF CLASS COUNSEL**

Plaintiffs Sileiri Doe, Meryem Doe, and Olivia Doe, on behalf of themselves and all others similarly situated, pursuant to Federal Rule of Civil Procedure 23(c)(1), move for the Court to certify a class under Federal Rule of Civil Procedure 23(b)(2) consisting of:

> All individuals who (i) scheduled their appointments for entry to the United States using the CBP One app; (ii) were paroled into the United States between May 16, 2023 and January 19, 2025; (iii) had their parole terminated in April 2025; and (iv) remain in the United States.

The grounds for Plaintiffs' motion are set forth in the accompanying Memorandum of Points and Authorities.

On August 11, 2025, Plaintiffs' counsel provided Alex Haas and Diane Kelleher, the Directors of the Federal Programs Branch of the U.S. Department of Justice's Civil Division, and Rayford Farquhar, Chief of Defensive Litigation in the Civil Division of the U.S. Attorney's Office for the District of Massachusetts with a copy of Plaintiffs' Complaint which contains Plaintiffs' class action allegations. On August 11, 2025, Plaintiffs' counsel asked Defendants to confer on

1

the motion, but Counsel for Plaintiffs have not yet been informed of Defendants' position on this motion.

A proposed order granting the requested relief is attached.

Dated: August 12, 2025

Respectfully,

*/s/ Melanie M. Chaput*
Melanie M. Chaput (MA Bar No. 643470)
Heather Arroyo (MA Bar No. 698460)
Iris Gomez (MA Bar No. 201000)
MASSACHUSETTS LAW REFORM INSTITUTE
40 Court Street, Suite 700
Boston, MA 02108
Telephone: 617.357.0700
Facsimile: 617.357.0777
mchaput@mlri.org
harroyo@mlri.org
igomez@mlri.org

Brian D. Netter (D.C. Bar No. 979362)
Allyson R. Scher (D.C. Bar No. 1616379)
Cortney Robinson Henderson (D.C. Bar No. 1656074)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bnetter@democracyforward.org
ascher@democracyforward.org
crhenderson@democracyforward.org

*Counsel for Plaintiffs*