UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-12245 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION
AND APPOINTMENT OF CLASS COUNSEL**

Upon consideration of all the filings and issues regarding Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, it is **ORDERED** that the Motion is **GRANTED**. The following Class is certified under Federal Rule of Civil Procedure 23(b)(2):

> All individuals who (i) scheduled their appointments for entry to the United States using the CBP One app; (ii) were paroled into the United States between May 16, 2023 and January 19, 2025; (iii) had their parole terminated in April 2025; and (iv) remain in the United States.

It is **FURTHER ORDERED** that Plaintiffs Sileiri Doe, Meryem Doe, and Olivia Doe are appointed as representatives for the 23(b)(2) Class. It is **FURTHER ORDERED** that Democracy Forward Foundation and Massachusetts Law Reform Institute are appointed as class counsel under Federal Rule of Civil Procedure 23(g) to litigate this claim on behalf of the Rule 23(b)(2) class.

Ordered this _____ day of _____, 2025.

_____
United States District Court Judge