UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-12245 |

**DECLARATION OF BRIAN D. NETTER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1.      I am a Legal Director at Democracy Forward Foundation ("DFF") and co-counsel of record for Plaintiffs and the Proposed Class in this matter. I make this declaration based on my personal knowledge.

2.      DFF is a nonprofit national legal organization that advances democracy and social progress through litigation, policy and public education, and regulatory engagement. DFF represents clients, including nonprofits, local governments, tribes, small businesses, unions, and individuals, in challenging harmful and unlawful governmental action and in supporting governmental action. As part of this work, DFF has successfully litigated dozens of administrative law cases generally and cases involving immigration matters specifically.

3.      I have worked at DFF since April 2025.  I earned my J.D. from Yale Law School in 2006.

4.      I have been a member of the Illinois Bar since 2006 and the District of Columbia bar since 2008. I am also a member of the bars of the U.S. Supreme Court, the U.S. Courts of

Appeals for the First, Second, Third, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, District of Columbia, and Federal Circuits, the U.S. Tax Court, and the U.S. District Courts for the District of Columbia, District of Maryland, and the Western District of New York.

5.      From April 2021 until January 2025, I served as Deputy Assistant Attorney General for the Civil Division at the U.S. Department of Justice. In that role, I oversaw the litigation activities of the Federal Programs Branch, which defends federal agencies in cases raising constitutional, statutory, and regulatory challenges. Prior to that, I was a litigation partner at the law firm Mayer Brown LLP.

6.      I served as appellate counsel for the plaintiff class in *Morgan v. U.S. Soccer Federation*, No. 21-55356 (9th Cir.).

7.      Allyson R. Scher is a Counsel at DFF who will serve as co-counsel in this case. She earned her J.D. from NYU School of Law in 2018. She has been a member of the District of Columbia Bar since 2019.  She is admitted to practice in the U.S. Court of Appeals for the District of Columbia Circuit and the U.S. District Courts for the District of Columbia, District of Maryland, District of North Dakota, and Western District of Tennessee.

8.      Ms. Scher joined DFF in May 2025.  Before that, she was a trial attorney in the U.S. Department of Justice's Federal Programs Branch (2023-2025), where she developed substantial experience litigating high-profile constitutional and administrative law challenges to federal statutes, regulations, and other government programs and agency actions across a wide range of federal laws, including civil rights laws, most of which involved claims brought under the APA.  She was also previously a law clerk at the U.S. District Courts for the Eastern District of Virginia and District of Columbia (2021-2023); attorney-advisor at the U.S. Consumer Financial Protection Bureau (2020-2021); and associate at O'Melveny & Myers LLP (2018-2020).

9.    Cortney Robinson is a Counsel at DFF who will serve as co-counsel in this case. She earned her J.D. from Harvard Law School in 2018. She has been a member of the District of Columbia Bar since 2019 and a member of the Georgia Bar since 2018. She is admitted to practice in U.S. Court of Appeals for the District of Columbia Circuit, the U.S. District Courts for the District of Columbia and the Southern District of Texas, and the Supreme Court of the United States.

10.    Ms. Robinson joined DFF in May 2025. Prior to DFF, she served as a trial attorney in the Commercial Litigation Branch of the Civil Division of the U.S. Department of Justice, where she represented numerous government agencies in significant matters involving administrative law, constitutional rights, and bankruptcy law in both federal and state courts. Shas substantial experience in a wide range of complex civil litigation cases, including class actions and international arbitrations.

11.    Ms. Scher, Ms. Robinson, and I have committed substantial time and resources to representing the proposed class in this case. We have been heavily involved in the investigation and preparation of this matter for several months.

12.    Additionally, DFF, along with co-counsel, has sufficient resources to vigorously prosecute the case. Neither DFF nor I nor other DFF staff have received or will receive reimbursement from the Plaintiffs or putative class members in this case.

13.    I am aware of no conflicts of interest between myself, DFF, and any members of the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of August, 2025, in Washington, D.C.

*/s/ Brian D. Netter*
Brian D. Netter