UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-12245 |

**DECLARATION OF MELANIE CHAPUT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1. I am a Senior Immigration Attorney at Massachusetts Law Reform Institute ("MLRI") and Co-Counsel of record for Plaintiffs and the Proposed Class in this matter. I make this declaration based on my personal knowledge.

2. I submit this declaration to detail my qualifications and those of my fellow MLRI counsel to serve as class co-counsel in support of Plaintiffs' Motion for Class Certification.

3. I am an attorney admitted to practice law in the Commonwealth of Massachusetts, since 1999 and New Hampshire, since 2003. I am also admitted to practice before the United States Court of Appeals for the First Circuit, the United States District Court for the District of Massachusetts, and the United States District Court for the District of New Hampshire. I have practiced primarily immigration law for more than 25 years.

4. Since January of 2025, I have been employed as a full-time senior immigration attorney at the Massachusetts Law Reform Institute (MLRI), this state's legal services support center, where I specialize in immigration law, which includes helping to lead a statewide coalition of

1

legal services attorneys and advocates who serve low-income immigrants. My work includes legal research, policy development, and publication of briefs and reports that guide strategic advocacy. I began working for MLRI as a contract attorney in 2023.

5.  I was the founder and owner of Chaput Law Office in Nashua, New Hampshire, where I have provided representation in complex immigration and family cases, in state, federal, and administrative courts since 2007. My practice included individual representation as well as broader policy advocacy. I have served as an expert witness in immigration law before the New Hampshire state courts.

6.  In my previous roles, from 2000 to 2003, I led the legal department of the International Institute of New Hampshire, representing low-income clients in removal proceedings at the immigration court and before the immigration service. From 2003 to 2007, I worked as an attorney with Bailinson, Capuchino & O'Leary, P.C., representing individuals in immigration and family law matters. During law school, I was a project coordinator at the Center for Immigrants Rights in New York, where I authored training and advocacy materials on labor rights and immigration law.

7.  I have been a frequent presenter at continuing legal education seminars and have contributed to scholarly and practice-oriented publications, including in the *Women's Rights Law Reporter* and *NH Bar Journal*.

8.  Since 2012, I have taught criminal justice and legal studies courses as adjunct faculty at Southern New Hampshire University.

9.  I hold a J.D. from Rutgers School of Law -Newark and a B.A. in Political Science and History from Canisius College.

10. I have handled hundreds of immigration matters throughout my career, in various venues, such as the immigration court, Board of Immigration Appeals, US State Department and the US Citizenship and Immigration Service.

11. I have been counsel or co-counsel on a variety of immigration related cases before the federal court, including: *Maurice v. Garland,* No. 21-1395 (1st Cir. filed May 14, 2021) (pending); *Oliveira Gomes v. Hyde*, No. 1:25-cv-11571, (D. Mass. July 7, 2025); Celicourt v. Barr, 980 F.3d 218 (1st Cir. 2020); *Rodriguez-Palacios v. Barr*, 927 F.3d 13 (1st Cir. 2019); *Ngeth v. US Dep't of Homeland Sec.,* Civil No. 1:12-cv-349-JL (D. N.H. Sep 11, 2012); *Toribio-Chavez v. Holder*, 611 F.3d 57 (1st Cir. 2010); *Khater v. U.S. Dep't of Homeland Sec.,* No. 1:05-cv-00033-SM (D.N.H. June 29, 2005).

12. I also served as co-counsel in a federal class action lawsuit *Fahy v. N.H. Dep't of Safety, Comm'r, No. 1:05-cv-00097-SM, 2006 WL 8442939 (D.N.H. Mar. 31, 2006)* which involved deprivation of rights to immigrants in the processing of their drivers' licenses in New Hampshire.

13. In addition, I was co-counsel on two cases before the New Hampshire Supreme Court, *In re Mannion*, 917 A.2d 1272, 155 N.H. 52 (N.H. 2007) (involving a family law matter); and *Richard v. Pembroke Sch. Dist.,* 151 N.H. 455, 859 A.2d 1157 (N.H. 2004) (involving a civil matter).

14. Iris Gomez is an attorney admitted to practice law in the Commonwealth of Massachusetts. She was admitted to practice in 1980. She is also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the First Circuit, and the United States District Court for the District of Massachusetts. She has appeared pro hac vice in the United States District Court for the District of Rhode Island, the United States District Court for the District of Minnesota, and in Washington state.

15.     She has practiced immigration law for more than 40 years. Since 1992, she has been employed as a staff attorney at the Massachusetts Law Reform Institute (MLRI), this state's legal services support center, where she specializes in immigration law and directs our Immigrants Protection Project, which advocates for the rights of low-income immigrants. Before coming to MLRI, she worked at Greater Boston Legal Services as a Senior Attorney specializing in asylum cases and as a general practice attorney; prior to that, she also worked as a public defender and as a farmworker attorney. During all such employment, she was involved in some immigration cases or cases where immigration law crossed over into other substantive law areas. Between 1988 and 2007, she also taught Immigration Law at Boston University School of Law. Additionally, she authored a law review article, The Consequences of Nonappearance, 30 San Diego Law Review 75 (1993), that has been cited in federal court decisions.

16.     She has been involved in class action litigation, affirmative and appellate litigation, and in trial court cases. She co-counseled two nationwide class actions concerning the rights of asylum-seekers and asylees (A.B.T. v. USCIS and Ngwanyia v. Gonzales) in federal district courts in Minnesota and Washington states; a New England-wide class action lawsuit in the federal district court of Massachusetts concerning the rights of paroled immigrants and a Massachusetts-wide class action in that court concerning parole-based employment authorization for Special Immigrant Juveniles; a federal class action for damages under the former Farm Labor Contractor Registration Act in Washington state; a class action on appeal to the Massachusetts Supreme Judicial Court concerning the constitutionality of a state public benefits law affecting legal immigrants; and a class action in the Suffolk County Superior Court of Massachusetts regarding the denial of drivers licenses to lawfully present immigrants.

17.     She has counseled, co-counseled or appeared as amicus curiae in other immigration and

4

immigration-related cases in federal courts, including the following: Bajwa v. INS, 777 F.Supp. 53 (D.Mass. 1989); Cordero-Trejo v. INS, 40 F.3d 482 (1st Cir. 1994); Davila-Bardales v. INS, 27 F.3d 1 (1 st Cir. 1994); Gabriel v. INS, No. 96-11131-DPW (1 st Cir. 1996); Jobe v. INS, 238 F.3d 96 (1 st Cir. 2001) (en banc); Morales v. INS, 208 F. 3d 323 (1 st Cir. 2002); Cho v. Gonzalez, 404 F.3d 96 (2005); Succar v Ashcroft, 394 F.3d 8 (1 st Cir. 2005); Saysana v. Gillen, 590 F.3d 7 (1 st Cir. 2009); Hernandez Lara v. Barr, 962 F.3d 45 (1 st Cir. 2020); and INS v. Aguirre-Aguirre, 526 U.S. 415 (1999). She has represented or appeared as amicus curiae in federal district court habeas corpus actions in Massachusetts challenging the detention of immigrants and in APA litigation in the federal district court of Massachusetts regarding the denial of higher education benefits to immigrants, including in Noerand v Devos, 474 F.Supp.3d 394 (D. Mass 2020).

18. She also appeared as counsel, co-counsel or amicus curiae in state court cases of significance for immigrants, such as Commonwealth v. Soto, 431 Mass. 340 (2000) and Commonwealth v. Hilaire, 437 Mass. 809 (2002) (both interpreting the immigration warnings statute) and others involving in-state tuition, financial aid policies, and the authority of state courts to issue protective writs against ICE arrests.

19. Heather Perez Arroyo is a qualified and experienced immigration attorney with a longstanding commitment to public interest law and the protection of immigrant rights. She currently serves as a Senior Immigration Attorney at the Massachusetts Law Reform Institute (MLRI), where she engages in statewide advocacy, impact litigation, and policy reform. Before her time at MLRI, Ms. Arroyo served as a Visiting Assistant Professor at Boston College Law School, where she taught in the Immigration Clinic and supervised student attorneys in the representation of low-income clients in removal proceedings. Her clinical focus included

detained removal defense and other vulnerable immigrants, and she was recognized with the Law School Award for Clinical Excellence for her work in both the Immigration Clinic and the Juvenile Rights Advocacy Program.

20. Prior Boston College, Ms. Arroyo was an attorney at the Political Asylum/Immigration Representation (PAIR) Project, where she specialized in detention and removal defense. As the Greater Boston Immigrant Defense Fund Fellow, she provided direct legal representation to noncitizens unjustly detained by Immigration and Customs Enforcement (ICE). Ms. Arroyo's experience includes substantial work with detained immigrants, and she has developed deep expertise in the legal and systemic challenges facing this population.

21. Ms. Arroyo received her J.D. from Boston College Law School, where she was awarded the Mary Daly Curtin and John J. Curtin, Jr. Public Interest Fellowship for two consecutive summers. During law school, she held numerous leadership positions, including serving as President of the Latin American Law Students Association and Vice-Chair of the National Latina/o Law Student Association. She earned her B.A. in Political Science from Boston University and is fluent in Spanish.

22. Iris Gomez, Heather Arroyo and I are fully capable of fairly and competently representing the interests of the named plaintiffs and the proposed class with co-counsel. We do not have any conflicts of interest with members of the proposed class. Together with our co-counsel, we are committed to pursuing this case as a class action and have the necessary resources and dedication to do so effectively.

23. We possess specialized knowledge regarding immigration law and parole, as well as the consequences of its widespread termination for non-citizens, as detailed in the complaint. This expertise stems from our roles in the MLRI's statewide immigration legal services coalition and

work with immigrants throughout our careers. In that role, we have become aware of the systemic legal issues that adversely affect the low-income immigrant communities we serve. Particularly those issues that create obstacles to obtaining legal status or work authorization and, by extension, to achieving economic stability.

    I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Date: August 12, 2025                                /s/ *Melanie Chaput*
                                                                Melanie Chaput