UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.,*<br><br>*Defendants*. | Case No. 1:25-cv-12245-ADB |

[~~PROPOSED~~] ORDER

Upon consideration of the parties' joint motion for briefing schedule, it is hereby **ORDERED** that the motion is **GRANTED**; it is further **ORDERED** that the Court enters the following schedule for further proceedings in this case:

| | |
|---|---|
| Defendants File Opposition to Plaintiffs' Motion for Leave to File Pseudonymously (if applicable) | **September 25, 2025** |
| Defendants File Opposition to Plaintiffs' Motion for Class Certification (if applicable) | **September 25, 2025** |
| Defendants Produce Administrative Record | **September 26, 2025** |
| Plaintiffs File Reply to Defendants' Opposition to Motion for Leave to File Pseudonymously (if applicable) | **October 9, 2025** |
| Plaintiffs File Reply to Defendants' Opposition to Motion for Leave to File Pseudonymously (if applicable) | **October 9, 2025** |
| Plaintiffs File Motion for Summary Judgment | **October 16, 2025** |
| Defendants File Consolidated Opposition to Summary Judgment, Motion to Dismiss, and Cross-Motion for Summary Judgment: | **November 5, 2025** |

1

| | |
|---|---|
| Plaintiffs File Consolidated Opposition and Reply | **November 25, 2025** |
| Defendants File Reply | **December 11, 2025** |
| Defendants File Answer | 30 days after cross-motions for summary judgment are resolved, if necessary. |
| Hearing on Cross-Motions for Summary Judgment | [if applicable] |

Dated: September  9 , 2025

/s/ Allison D. Burroughs
Allison D. Burroughs
UNITED STATES DISTRICT JUDGE

2