# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

SILEIRI DOE, on behalf of herself and all others similarly situated, et al.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY et al.,

*Defendants*.

Case No. 1:25-cv-12245

## DECLARATION OF CARLINA VELASQUEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Carlina Velasquez, make this declaration based on my personal knowledge. I declare under penalty of perjury that the following is true and correct:

1.     I am the President of the Venezuelan Association of Massachusetts (VAM), which is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts with a principal place of business at 208 Bridge Street, Dedham, MA 02026.

2.     VAM was founded in 2019. It is a member-based organization whose mission is to provide humanitarian aid to Venezuela, promote Venezuelan cultural values, and support its local Venezuelan community. VAM is dedicated to educating and informing the public on issues of relevance to Venezuelans, while also fostering connections and integration within the Venezuelan community across the nation. The organization works to address immediate needs and create a

positive impact, striving to be a key resource for the growth and development of the Venezuelan community, while extending its influence on other communities across the state.

3. VAM has no paid staff and is run entirely by volunteers.

4. VAM's services to our members include informational sessions, assistance with employment, guidance on immigration issues, and assisting members with obtaining driver's licenses, adjustment of status, or asylum. VAM is also dedicated to supporting newly arrived immigrants in Massachusetts by providing basic necessities like clothing, food, and assistance with paying rent.

5. VAM has nearly 20,000 members across the nation, including almost 1,000 members in Massachusetts. VAM's membership has grown exponentially this year due to the direct and devastating impact the government's actions have had on Venezuelans and immigrants living here in the United States. These members include U.S. citizens, legal permanent residents, individuals with other forms of immigration status, and individuals without any immigration status.

6. To become a member of VAM, interested parties must complete a questionnaire identifying their interests and needs, such as humanitarian efforts for Venezuelans in Venezuela, immigration guidance, basic necessities, or social events. Based on their responses, we tailor VAM's communications and outreach for relevant services. Membership in VAM is free.

7. In January 2025, as the need for humanitarian help expanded, VAM began accepting members who are not of Venezuelan origin nor have Venezuelan heritage.

8. VAM supports individuals who entered the United States via CBP One and were granted parole. Specifically, VAM hosts orientations to provide individuals with accurate information; helps them connect with psychologists to address the fear they have; helps find

attorneys for them so they can seek immigration relief; and even offers them housing and medical assistance, if necessary.

9. More than 18,500 of VAM's members are individuals who were lawfully granted parole into the United States between May 13, 2023 and January 19, 2025 after making an appointment for inspection at the border using the CBP One app, and who had their parole terminated in April 2025.

10. The abrupt termination of parole for individuals who entered the United States after making an appointment for inspection at the border using the CBP One app has inflicted severe harm on VAM's members. In addition to losing parole and work authorization, VAM members have lost access to certain federal and state health care benefits, financial aid to attend college, housing and emergency shelter benefits, and other safety net and supplemental programs as well as federally-recognized "REAL ID" drivers licenses.

11. For example, VAM Member A is a 37-year-old citizen of Venezuela currently living in California. She has three children, two of whom are with her in the United States, including a 3-year-old who was born with a kidney condition that requires medical treatment. VAM Member A fled Venezuela after being abused, mistreated, and threatened for her political opinion against Hugo Chavez and the narco-dictatorship in Venezuela. Her former partner voluntarily enrolled in the UNES, a university for police and military training, ultimately joining the government and increasing his rank. Her former partner, who is also the father of her eldest daughter, and members of his family threatened and mistreated her because she did not support the government in power. VAM Member A fled Venezuela out of fear for her life with her two younger children. Her former partner reported their daughter as being kidnapped to prevent VAM Member A from bringing their daughter with her. He has continued to target her as a

political opponent, threatening that she will be tortured if she returns to Venezuela. VAM Member A traveled by land and was both robbed and sexually harassed on her journey to the United States. She used the CBP One app to request an appointment and waited in Ciudad Juarez, Mexico for approximately 8 months. She had her CBP One appointment at the San Ysidro port of entry on July 24, 2024. The officers questioned her, took biometrics and after a process that lasted about 7 hours from beginning to end, she was granted parole for two years. She was also granted work authorization based on her parole that was valid until July 23, 2026, the same date that her parole was set to expire. VAM Member A received an email on April 6, 2025 stating that DHS was terminating her parole immediately and instructing her to depart immediately. She timely filed an application for asylum on June 18, 2025, and has an upcoming hearing in immigration court on November 6, 2025. VAM Member A lives in fear of being detained and deported. She is terrified of what would happen to her and her children if she was forced to return to Venezuela and is also terrified of being separated from her children here in the United States. Her older son is 5 years old and attends kindergarten in California. VAM Member A's children rely on her, and her younger child needs medical care here in the United States that he cannot receive in Venezuela.

12. VAM Member B is a 33-year-old dual citizen of Venezuela and Colombia. He currently resides in Florida with his partner. VAM Member B entered the United States on November 17, 2024, after waiting approximately five months for an interview through CBP One. After his interview, he was granted parole for two years. On May 6, 2025, VAM Member B timely filed an application for asylum; he has an upcoming hearing in immigration court scheduled for April 21, 2027. VAM Member B was specifically targeted in Venezuela because he is against the regime in power. He fled Venezuela after he was threatened with death and his

partner was kidnapped.  He went to Colombia, where he was nearly killed on account of his

sexual orientation, and then fled to the United States.  For the months that he was waiting for a

CBP One interview in Mexico, he felt unsafe because he knew of people there who had been

killed on account of their non-heterosexual orientation.  VAM Member B's parole was abruptly

revoked on April 18, 2025.  Without parole, VAM Member B lives in fear of being detained and

deported to a country where his life has already been threatened in the past.  In May, he learned

through his USCIS account online that his employment authorization was revoked.  It had been

granted to him for the duration of parole and had been set to expire on November 16, 2026.  If

forced to return to either Colombia or Venezuela, VAM Member B is afraid that he will suffer the

same persecution and that it will ultimately cost him his life.

13.    VAM Member C, a 43-year-old citizen of Venezuela, and his wife, VAM Member

D, a 41-year-old citizen of Venezuela, live together in Massachusetts.  They fled Venezuela with

their daughter because they are against the government in power and faced targeted threats and

physical violence on account of their political opinion.  They made the long and difficult journey

by land to seek refuge in the United States.  The three of them were kidnapped twice during the

journey, once in Guatemala and once in Mexico.  They used the CBP One app to request an

appointment and waited approximately three months in dangerous conditions in Mexico,

checking the application every day until they finally received an appointment.  Their daughter

was suffering with medical conditions that impacted her heart, vascular system and respiratory

system.  The stress of the situation gave her anxiety and panic attacks that made her health

worsen.  On December 2, 2024, they had the CBP one appointment, which lasted about six

hours, and were granted two years of parole.  On April 11, 2025, VAM Member D received an

email stating that parole would terminate in 7 days and threatening law enforcement action for

not leaving immediately.  The email did not state which family member's parole was impacted.

However, the end date of the parole that had been granted to both VAM Member C and VAM

Member D had been changed from December 1, 2026 to April 18, 2025 on the I-94 online portal.

Learning that their parole was revoked filled them with horrible fear and panic.  They are too

terrified of being harmed, tortured, or killed in Venezuela to return there.  VAM Members C and

D timely filed an asylum application on April 16, 2025, and they have been scheduled for an

upcoming hearing in immigration court on July 21, 2026.  They are also afraid of being detained

and separated from their daughter who is now 7 years old.   Both VAM Member C and VAM

Member D had been granted work authorization that was valid until December 1, 2026.  In May,

they received a notification stating that their parole-based employment authorization had been

revoked. They have experienced depression from not having the ability to work.  Their daughter

suffers from panic attacks and crying fits.  She has had various medical appointments and

received treatment here that they could not access in Venezuela for her heart condition and the

acute respiratory condition.  She continues to require specialized care for her chronic conditions.

She also attends school here.  The couple is afraid to leave the house now and try to only leave

the house for medical appointments, to get food, or when it is otherwise absolutely necessary due

to their fear of being arrested and detained by ICE.

14.     VAM members' panic and distress are justified.  Since the revocation of parole for

people who entered the United States after having scheduled and attended an appointment with

CBP One, VAM has heard from thousands of immigrants nationwide who live in constant fear of

being detained and deported to countries where their lives would be at risk.  VAM's daily work

has drastically changed to try to provide assistance to these individuals. These individuals

complied with the process required to enter the United States and relied on the grant of parole

they received.  The abrupt termination of their parole status leaves these individuals suddenly at risk of detention and removal to the countries they fled or to countries where they have no ties amid increased immigration enforcement efforts.

15.    VAM strongly opposes the premature and abrupt termination of parole for noncitizens who entered the United States pursuant to an appointment with CBP One, were inspected, and were granted parole, because it undermines fundamental principles of fairness.

Signed under penalty of perjury, this 15th day of October 2025.

_____

Carlina Velasquez