UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE,<br>MERYEM DOE, and<br>OLIVIA DOE,<br>on behalf of themselves and all others similarly situated, and<br>VENEZUELAN ASSOCIATION OF MASSACHUSETTS,<br><br>                    Plaintiffs,<br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, and<br>RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection.<br><br>                    Defendants. | Civil Action<br>No. 1:25-cv-12245-ADB |

**DEFENDANTS' MOTION FOR A STAY OF PROCEEDINGS**

    The United States hereby moves for a stay of this matter, including any existing or anticipated filing obligations, in the above-captioned case.

    1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including certain of the federal Defendants. The Department does not know when such funding will be restored by Congress.

1

2.	Absent an appropriation, Department of Justice attorneys and employees of certain of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.	Undersigned counsel for the Department of Justice therefore requests a stay of proceedings in this matter until Congress has restored appropriations to the Department.

4.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current filing obligations for the parties be extended commensurate with the duration of the lapse in appropriations.

5.	Opposing counsel object to the requested stay and intend to file an opposition.

Therefore, although we greatly regret any disruption caused to the Court and the Plaintiffs, the Government hereby moves for a stay of this matter until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

.

## CONCLUSION

Defendants respectfully request the Court stay this matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 17, 2025        By:    */s/ Shawna Yen*
                                      Shawna Yen Assistant U.S. Attorney
                                      U.S. Attorney's Office
                                      John J. Moakley U.S. Courthouse
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      Tel.: 617-748-3100
                                      Email: Shawna.Yen@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 17, 2025

                                            By:    */s/ Shawna Yen*
                                                      SHAWNA YEN
                                                      Assistant U.S Attorney