UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE,<br>MERYEM DOE, and<br>OLIVIA DOE,<br>on behalf of themselves and all others similarly situated, and<br>VENEZUELAN ASSOCIATION OF MASSACHUSETTS,<br><br>                    Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, and<br>RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection.<br><br>                    Defendants. | Civil Action<br>No. 1:25-cv-12245-ADB |

### DEFENDANTS' CONSOLIDATED MOTION TO DISMISS AND CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully move this Court for dismissal of the Complaint or for summary judgment in their favor on all Counts of the Complaint. In addition, Defendants oppose Plaintiff's motion for summary judgment. As grounds for their Motion to Dismiss and Cross-Motion for Summary Judgment, as well as their Opposition to Plaintiffs' Motion for Summary Judgment, Defendants rely upon the reasons set forth in their accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court dismiss the Complaint or grant summary judgment in favor of Defendants on all Counts of the Complaint.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LEAH B. FOLEY<br>United States Attorney |
| Dated: November 6, 2025    By: | */s/ Shawna Yen*<br>Shawna Yen Assistant U.S. Attorney<br>U.S. Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: 617-748-3100<br>Email: Shawna.Yen@usdoj.gov |

### LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Shawna Yen, Assistant United States Attorney certify that I emailed Plaintiffs' counsel about this Motion on November 5, 2025, and the parties were unable to resolve or narrow the issues.

| Dated: November 6, 2025 | By: | */s/ Shawna Yen*<br>Shawna Yen<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>Tel.: 617-748-3100<br>Email: Shawna.Yen@usdoj.gov |
|---|---|---|

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

| Dated: November 6, 2025 | By: | */s/ Shawna Yen*<br>SHAWNA YEN<br>Assistant U.S Attorney |
|---|---|---|