UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILEIRI DOE, MERYEM DOE, and OLIVIA DOE, on behalf of themselves and all others similarly situated, and VENEZUELAN ASSOCIATION OF MASSACHUSETTS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection.<br><br>Defendants. | Civil Action<br>No. 1:25-cv-12245-ADB |

**NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD**

Defendants, by undersigned counsel, hereby provide notice that the Certified Administrative Record is being filed manually with the Court, as Exhibit A to the Defendants' Consolidated Memorandum of Law in Support of their Motion to Dismiss and Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

LEAH B. FOLEY

United States Attorney

Dated: November 6, 2025

By: */s/ Shawna Yen*
Shawna Yen Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 6, 2025

By: *_/s/ Shawna Yen_*
SHAWNA YEN
Assistant U.S Attorney