UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

SILEIRI DOE, *on behalf of herself and all
others similarly situated*, et al.,
              Plaintiff

       v.

U.S. DEPARTMENT OF HOMELAND
SECURITY et al.,
              Defendant

* * * * * * * * * * * * * * * * * * * * * * * * *

CIVIL ACTION NO.:

1:25-cv-12245-ADB

## JUDGMENT
March 31, 2026

Burroughs, D.J.

In accordance with the Memorandum and Order entered on March 31, 2026, GRANTING IN PART and DENYING IN PART Defendants' consolidated motion to dismiss and cross-motion for summary judgment, [ECF No. 39], and GRANTING IN PART and DENYING IN PART Plaintiffs' motion for summary judgment, [ECF No. 32], summary judgment is hereby entered for Plaintiffs on their first through third claims. The terminations of class members' parole statuses announced by the April 2025 Termination Email are VACATED pursuant to 5 U.S.C. § 706. Defendants are ordered to return class members to the parole status that they held prior to the April 2025 Termination Email. This case is hereby DISMISSED.

      SO ORDERED.

                               /s/ Allison D. Burroughs
                               ALLISON D. BURROUGHS
                               United States District Judge