**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-12245 |

**Declaration of Allyson R. Scher in Support of Plaintiffs' Motion for
Order to Show Cause and for an Emergency Status Conference**

I, Allyson R. Scher, hereby declare as follows:

1.      I am an attorney at Democracy Forward Foundation and counsel for Plaintiffs in this action.  I submit this declaration in support of Plaintiffs' Motion for Order to Show Cause and For an Emergency Status Conference.  I have personal knowledge of the facts set forth in this declaration.

2.      Attached as Exhibit A is a true and correct copy of emails between Plaintiffs' counsel and Defendants' counsel between March 31, 2026 and April 7, 2026.

Executed on April 8, 2026
Washington, D.C.

*/s/ Allyson R. Scher*
Allyson R. Scher

1

# EXHIBIT A

DEMOCRACY
FORWARD➤                                    **Ally Scher <ascher@democracyforward.org>**

---

# RE: [EXTERNAL] Doe v. DHS, 1:25-cv-12245 - compliance with the Court's order

---

**Yen, Shawna (USAMA)** <Shawna.Yen@usdoj.gov>                    Tue, Apr 7, 2026 at 4:02 PM
To: Ally Scher <ascher@democracyforward.org>
Cc: Brian Netter <bnetter@democracyforward.org>, Catherine Carroll <ccarroll@democracyforward.org>, Cortney Robinson Henderson <crhenderson@democracyforward.org>, Heather Arroyo <harroyo@mlri.org>, Melanie Chaput <mchaput@mlri.org>, Iris Gomez <igomez@mlri.org>

Hi Ally.  I am writing to provide an update on what steps Defendants have taken and what steps Defendants plan to take to comply with the Court's Order.

Defendants are in the process of pulling the list of class members as defined by the Court's Order.   Defendants anticipate completing this initial list of class members by the end of this week.   However, Defendants will need to go through the list in finer detail to arrive at a final list of those individuals whose parole will be reinstated pursuant to the Court Order.

In developing this final list of individuals for whom parole will be reinstated, Defendants will exclude:

1. Individuals whose parole would have naturally expired between April 2025 and today.
2. Individuals who have, since April 2025, become Lawful Permanent Residents, U.S. Citizens, or have been granted asylum.

Defendants estimate that they will need another two weeks (a)  to arrive at the final list of individuals whose parole will be reinstated and (b) to reinstate parole for those individuals.

Thanks.  Shawna

**Shawna Yen**

Assistant United States Attorney

District of Massachusetts

Phone: 617.748.3104 | Cell: 617.947.6878

Email: Shawna.Yen@usdoj.gov

---

**From:** Ally Scher <ascher@democracyforward.org>
**Sent:** Monday, April 6, 2026 4:22 PM
**To:** Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Cc:** Brian Netter <bnetter@democracyforward.org>; Catherine Carroll <ccarroll@democracyforward.org>; Cortney Robinson Henderson <crhenderson@democracyforward.org>; Heather Arroyo

<harroyo@mlri.org>; Melanie Chaput <mchaput@mlri.org>; Iris Gomez <igomez@mlri.org>
**Subject:** Re: [EXTERNAL] Doe v. DHS, 1:25-cv-12245 - compliance with the Court's order

Shawna,

Thanks for your call this morning.  We understand that Defendants request additional time to communicate to Plaintiffs how they have complied or have taken steps to comply with the Court's March 31, 2026 order.  As previously noted, Plaintiffs are unaware of any instance in which Defendants restored parole for a class member, and Plaintiffs have requested information by email on March 31 and April 3 regarding Defendants' compliance with the Court's order, but have not yet received a substantive response.  Plaintiffs reiterate that the Court's order requires Defendants to immediately restore parole to all class members and that Plaintiffs have an urgent need for relief.

Because Defendants have expressed that they will likely be able to provide information regarding their compliance to Plaintiffs by tonight or tomorrow morning, Plaintiffs respectfully request that Defendants provide an update by tomorrow, **Tuesday, April 7 at COB** that describes what steps Defendants have taken and what steps Defendants plan to take to comply with the Court's order.  We anticipate that this update will include at minimum whether Defendants have restored parole to any class members, whether they have identified class members or determined how they will identify class members, how Defendant have determined or will determine class members' parole expiration date, and what timeline can be expected for Defendants' compliance with the Court's order.  Please let me know if Defendants have not yet identified responses to any of these questions.  If we do not receive an explanation regarding Defendants' compliance by COB tomorrow, we intend to raise the apparent non-compliance with the Court the following day.

I'm available by phone at the below number if there's anything that it would be helpful to discuss.  Thanks.

Ally

| | |
|---|---|
| **Ally Scher** | |
| **Senior Counsel** | **Cell:** (202) 808-5389 |
| **Democracy Forward** | **Email:** ascher@democracyforward.org |
| *she/her* | **Website:** democracyforward.org |

**When we fight, democracy wins**.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

On Fri, Apr 3, 2026 at 11:54 AM Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov> wrote:

> Hi Ally.  Thanks for your reply.    I have forwarded your request and deadline to agency counsel.

2

**Shawna Yen**

Assistant United States Attorney

District of Massachusetts

Phone: 617.748.3104 | Cell: 617.947.6878

Email: Shawna.Yen@usdoj.gov

---

**From:** Ally Scher <ascher@democracyforward.org>
**Sent:** Friday, April 3, 2026 10:43 AM
**To:** Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Cc:** Brian Netter <bnetter@democracyforward.org>; Catherine Carroll <ccarroll@democracyforward.org>; Cortney Robinson Henderson <crhenderson@democracyforward.org>; Heather Arroyo <harroyo@mlri.org>; Melanie Chaput <mchaput@mlri.org>; Iris Gomez <igomez@mlri.org>
**Subject:** Re: [EXTERNAL] Doe v. DHS, 1:25-cv-12245 - compliance with the Court's order

Shawna,

Plaintiffs oppose Defendants' motion for a stay pending appeal. Plaintiffs' parole is time-limited, and many class members have already lost a year of parole during the course of this litigation. Accordingly, Plaintiffs reiterate their position that the Court's order requires Defendants to immediately restore parole to all class members, notwithstanding any anticipated or pending motion for a stay. To date, Defendants do not appear to have restored parole for any class members or responded to the questions raised in Plaintiffs' March 31, 2026 email.

Consistent with that correspondence, Plaintiffs request that Defendants explain how they intend to comply with the Court's order, and specifically whether they have taken or plan to take each of the steps outlined below, and provide their timeline for restoring parole to class members. Plaintiffs request a response by **Monday, April 6 at 12:00 p.m.** to avoid the need for Court intervention regarding Defendants' compliance. Plaintiffs request that Defendants address the following:

The Court's order vacates the terminations of class members' parole statuses announced by the April 2025 Termination Email and orders Defendants "to return class members to the parole status that they held prior to the April 2025 Termination Email" for the following class:

All individuals who (i) scheduled their appointments for entry to the United States using the CBP One app; (ii) were paroled into the United States between May 16, 2023 and January 19, 2025; (iii) had their parole terminated in April 2025 pursuant to an email substantially similar to the one reproduced at paragraph 38 of the Complaint without any further explanation; and (iv) remain in the United States.

Plaintiffs understand the Court's order to require, at minimum, that Defendants:

1. Identify all class members and inform Plaintiffs' counsel how they have identified, or will identify, those individuals.

2. Restore parole to all class members, including by updating their I-94 records and parole status in the SAVE system, and notifying all class members by email and detained class members by physical mail, that their parole has been restored.

    a. To ensure efficient compliance and avoid the administrative burden of determining individualized expiration dates, Plaintiffs propose that Defendants restore parole for *all* class members through January 19, 2027—the

3

latest expiration date held by any class member prior to the April 2025 terminations.

3.  Update USCIS's website to reflect that the parole terminations have been vacated pursuant to the Court's order.

4.  Restore or provide work authorization (EADs) for class members whose authorizations were terminated due to the unlawful parole terminations, or who were unable to apply for work authorization as a result, for the duration of their parole.

5.  Take any additional steps necessary to ensure full compliance with the Court's order.

Thank you,

Ally

**Ally Scher**
**Senior Counsel**
**Democracy Forward**
*she/her*

**Cell:** (202) 808-5389
**Email:** ascher@democracyforward.org
**Website:** democracyforward.org

**When we fight, democracy wins**.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

On Thu, Apr 2, 2026 at 7:55 PM Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov> wrote:

Hi Ally.   I learned that an appeal is likely in this case.   I am working on a motion to stay pending appeal to be filed with the district court.

Can you advise of your position on this motion?

Thanks.  Shawna

**Shawna Yen**

Assistant United States Attorney

District of Massachusetts

Phone: 617.748.3104 | Cell: 617.947.6878

Email: Shawna.Yen@usdoj.gov

**From:** Ally Scher <ascher@democracyforward.org>
**Sent:** Tuesday, March 31, 2026 10:13 PM
**To:** Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Cc:** Brian Netter <bnetter@democracyforward.org>; Catherine Carroll <ccarroll@democracyforward.org>; Cortney Robinson Henderson <crhenderson@democracyforward.org>; Heather Arroyo <harroyo@mlri.org>; Melanie Chaput <mchaput@mlri.org>; Iris Gomez <igomez@mlri.org>
**Subject:** Re: [EXTERNAL] Doe v. DHS, 1:25-cv-12245 - compliance with the Court's order

Thanks, Shawna.  Appreciate your help.

Ally

|  |  |
|---|---|
| **Ally Scher** | |
| **Senior Counsel** | **Cell:** (202) 808-5389 |
| **Democracy Forward** | **Email:** ascher@democracyforward.org |
| *she/her* | **Website:** democracyforward.org |

**When we fight, democracy wins**.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

On Tue, Mar 31, 2026 at 5:42 PM Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov> wrote:

> Hi Ally.   Yes, I received the Court's order and have already sent it to agency counsel for them to ensure compliance.
>
> I'll run your questions by agency counsel as well.
>
> Thanks.  Shawna
>
> **Shawna Yen**
>
> Assistant United States Attorney
>
> District of Massachusetts

5

Phone: 617.748.3104 | Cell: 617.947.6878

Email: Shawna.Yen@usdoj.gov

---

**From:** Ally Scher <ascher@democracyforward.org>
**Sent:** Tuesday, March 31, 2026 4:12 PM
**To:** Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Cc:** Brian Netter <bnetter@democracyforward.org>; Catherine Carroll <ccarroll@democracyforward.org>; Cortney Robinson Henderson <crhenderson@democracyforward.org>; Heather Arroyo <harroyo@mlri.org>; Melanie Chaput <mchaput@mlri.org>; Iris Gomez <igomez@mlri.org>
**Subject:** [EXTERNAL] Doe v. DHS, 1:25-cv-12245 - compliance with the Court's order

Shawna,

Hope you are doing well.  As you know, the Court's order today in *Doe v. DHS*, 1:25-cv-12245, vacates the parole terminations of the following class:

> All individuals who (i) scheduled their appointments for entry to the United States
>
> using the CBP One app; (ii) were paroled into the United States between May 16, 2023 and January 19, 2025; (iii) had their parole terminated in April 2025 pursuant to an email substantially similar to the one reproduced at paragraph 38 of the Complaint without any further explanation; and (iv) remain in the United States.

We understand that the Court's order has taken effect and therefore Defendants are required to immediately "return class members to the parole status that they held prior to the April 2025 Termination Email."  Can you please advise us of (1) how you have identified or will identify class members; (2) when class members' parole will be restored; and (3) how you will communicate to class members that their parole has been restored?

Thanks in advance for your consideration.

Best,

Ally

|  |  |
|---|---|
| **Ally Scher** | |
| **Senior Counsel** | **Cell:** (202) 808-5389 |
| **Democracy Forward** | **Email:** ascher@democracyforward.org |
| *she/her* | **Website:** democracyforward.org |

**When we fight, democracy wins**.

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately

6

*advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

7