UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SILEIRI DOE,
MERYEM DOE, and
OLIVIA DOE,
on behalf of themselves and all others similarly
situated, and
VENEZUELAN ASSOCIATION OF
MASSACHUSETTS,

                    Plaintiffs,

            v.

U.S. DEPARTMENT OF HOMELAND
SECURITY,
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,
MARKWAYNE MULLIN,[1] in his official
capacity as Secretary of the Department of
Homeland Security,
JOSEPH B. EDLOW, in his official capacity as
Director of U.S. Citizenship and Immigration
Services, and
RODNEY S. SCOTT, in his official capacity as
Commissioner of U.S. Customs and Border
Protection.

                    Defendants.

Civil Action
No. 1:25-cv-12245-ADB

---

**DEFENDANTS' STATUS UPDATE**

Defendants, by and through their attorney, Leah B. Foley, United States Attorney for the

District of Massachusetts, respectfully submit this Status Update pursuant to the Court's Order of

April 14, 2026.  (ECF No. 55).

---

[1] Secretary of Homeland Security Markwayne Mullin has been automatically substituted for former
Secretary Kristi Noem.   Fed. R. Civ. P. 25(d).

1

On April 14, 2026, the Court entered an Electronic Order denying Plaintiffs' Motion for an Order to Show Cause and an Emergency Status Conference.  (ECF No. 55).  The Court stated that it was satisfied that Defendants were timely complying with its March 31, 2026, order vacating the challenged parole terminations.  *Id.*   The Court further directed as follows:

> By April 21, 2026, Defendants are ORDERED to file a status update confirming that they have (1) created a "final list of individuals whose parole will be reinstated" pursuant to the Court's order and (2) "reinstate[d] parole for those individuals," [ECF No. [51] at 3], or to show cause for any delay. The status update should describe all steps taken to ensure that the vacated parole terminations and any collateral consequences thereof, such as the accrual of unlawful presence in the United States, do not have legal effect for any class member.

*Id.*

DHS confirmed that by the end of the day yesterday, April 20, 2026, DHS completed the above-referenced list pursuant to the Court's order.

In addition, DHS understands that, as a result of the court's vacatur, the paroles of class members have been reinstated.  Specifically, the order vacated the original termination notices, and restored class members to the parole status they would have had if the original termination notices were never issued.   Accordingly, DHS will update the parole end dates in the systems of record to reflect the revocation of the April 2025 termination notices.

DHS has further advised that on April 21, 2026, the Commissioner of U.S. Customs and Border Protection ("CBP") issued a memorandum explaining the reasons why, in his opinion, the purpose(s) of individual paroles for aliens who entered on parole after making an appointment through the CBP One App have been served, and why parole is no longer appropriate for those aliens.  Consistent with this memorandum, individualized notices of termination will be sent to members of the class whose paroles have not otherwise ended.

Because these paroles are being terminated as a result of the Commissioner's memorandum, DHS has stated that DHS will be updating their systems to effectuate the Court's April 14, 2026 Order "to ensure that the vacated parole terminations and any collateral consequences thereof, such

as the accrual of unlawful presence in the United States, do not have legal effect for any class member[,]" while also giving effect to the Commissioner's termination memorandum.  Specifically, DHS will update the parole end dates in the systems of record to reflect the revocation of the April 2025 termination notices, and the issuance of the new termination notices to be sent in response to the Commissioner's memorandum.  This update will also ensure that unlawful presence, if any, is correctly calculated from the effective parole termination date.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: April 21, 2026

By:    */s/ Shawna Yen*
Shawna Yen Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 21, 2026

By:    */s/ Shawna Yen*
Shawna Yen Assistant U.S. Attorney
U.S. Attorney's Office

3