**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

<table>
<tr><td>

SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,

*Defendants.*

</td><td>

Case No. 1:25-cv-12245

</td></tr>
</table>

**NOTICE OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
EMERGENCY MOTION TO ENFORCE COMPLIANCE,
OR IN THE ALTERNATIVE, CLARIFY THE COURT'S ORDER**

In support of Plaintiffs' April 23, 2026 Emergency Motion to Enforce Compliance, or in the alternative, Clarify the Court's Order, ECF No. 57, Plaintiffs provide the attached exhibits demonstrating that after the Court's March 31, 2026 order and before the April 25, 2026 issuance of re-termination notices, Defendants continued to treat members of the Plaintiff Class as if their parole had terminated in April 2025, notwithstanding this Court's vacatur of the April 2025 terminations and Defendants' position that they "restore[d] the status class members would have held absent the April 2025 Termination Emails and [] eliminate[d] future effects of those terminations." ECF No. 61 at 2.

As noted in Plaintiffs' emergency motion, ECF No. 57 at 5, undersigned counsel received outreach from attorneys representing detained class members that showed that Defendants remain in non-compliance with this Court's order. Plaintiffs now provide declarations from these attorneys to aid the Court in advance of the May 6, 2026 hearing on Plaintiffs' emergency motion. ECF No. 58. The declarations detail the collateral consequences of Defendants' noncompliance for four class members, and show that Defendants have (1) refused to release class members who are detained because of the vacated parole termination, *see* Exhibit A, Declaration of Olivia Abrecht ¶ 9, Exhibit

B, Declaration of Jorge Munoz ¶ 8, and Exhibit C, Declaration of Ashley Huebner ¶ 9, and (2) failed to acknowledge this Court's order and the legal effect of the vacatur in response to habeas corpus petitions, *see* Munoz ¶¶ 4-7 and Huebner ¶ 11. None of the class members represented by the declarants have received any notification of the vacatur of the termination of parole or any evidence that their parole had been restored. *See* Abrecht ¶ 11, Munoz ¶ 8, Huebner ¶ 12.

Dated: May 5, 2026

Respectfully submitted,

*/s/ Cortney Robinson Henderson*
Allyson R. Scher (D.C. Bar No. 1616379)*
Cortney Robinson Henderson (D.C. Bar No. 1656074)*
Catherine M.A. Carroll (D.C. Bar No. 497890)*
Brian D. Netter (D.C. Bar No. 979362)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ascher@democracyforward.org
crhenderson@democracyforward.org
ccarroll@democracyforward.org
bnetter@democracyforward.org

Melanie M. Chaput (MA Bar No. 643470)
Heather Arroyo (MA Bar No. 698460)
Iris Gomez (MA Bar No. 201000)
MASSACHUSETTS LAW REFORM INSTITUTE
40 Court Street, Suite 700
Boston, MA 02108
Telephone: 617.357.0700
Facsimile: 617.357.0777
mchaput@mlri.org
harroyo@mlri.org
igomez@mlri.org

*Counsel for Plaintiffs*
*Admitted *pro hac vice*

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


Date: May 5, 2026

/s/ Cortney Robinson Henderson
Cortney Robinson Henderson