## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,

*Defendants*.

Case No. 1:25-cv-12245

## NOTICE OF RECENT DEVELOPMENT

Plaintiffs respectfully submit this notice to provide the Court with a recent development since its May 6, 2026, hearing on Plaintiffs' Emergency Motion to Enforce Compliance, or in the Alternative, Clarify the Court's Order, ECF No. 57.

On May 15, 2026, Defendant DHS filed a brief in response to a Plaintiff Class member's habeas petition asserting that this Court's judgment in this case is "void" outside of this District because it was purportedly "issued despite a palpable lack of jurisdiction." *See* Decl. of Allyson R. Scher, Ex. 1; *id.*, Ex. 2 at 3. DHS acknowledged that this Court "did decide that the parole revocation of persons like Petitioner was unlawful," yet nevertheless argued that this Court's vacatur is merely "class-wide declaratory relief" of a "core habeas claim" that is "not binding on this court and provides no basis upon which to grant Petitioner any relief." Ex. 2 at 2 & n.2. DHS further urged that "the Court should not give preclusive effect" to this Court's judgment because it "may be appealed," creating a purported "risk of inconsistent judgments" if reversed. *Id.* at 3.

DHS is thus expressly representing to other courts that this Court's judgment is void and without practical or legal effect. That position confirms Plaintiffs' core contention: Defendants do not regard themselves as obligated to comply with this Court's order and continue to impose the consequences of the vacated parole terminations, including ongoing detention of class members.

DHS's filing underscores that further relief is necessary to enforce this Court's order and to prevent Defendants from nullifying that relief through continued noncompliance.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Allyson R. Scher*
Allyson R. Scher (D.C. Bar No. 1616379)*
Cortney Robinson Henderson (D.C. Bar No. 1656074)*
Catherine M.A. Carroll (D.C. Bar No. 497890)*
Brian D. Netter (D.C. Bar No. 979362)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ascher@democracyforward.org
crhenderson@democracyforward.org
ccarroll@democracyforward.org
bnetter@democracyforward.org

Melanie M. Chaput (MA Bar No. 643470)
Heather Arroyo (MA Bar No. 698460)
Iris Gomez (MA Bar No. 201000)
MASSACHUSETTS LAW REFORM INSTITUTE
40 Court Street, Suite 700
Boston, MA 02108
Telephone: 617.357.0700
Facsimile: 617.357.0777
mchaput@mlri.org
harroyo@mlri.org
igomez@mlri.org

*Counsel for Plaintiffs*
*Admitted *pro hac vice*

2