**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

SILEIRI DOE, on behalf of herself and all others similarly situated, *et al.*,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,

*Defendants.*

---

Case No. 1:25-cv-12245

**DECLARATION OF ALLYSON R. SCHER**

I, Allyson R. Scher, hereby declare as follows:

1.     I am an attorney at Democracy Forward Foundation and counsel for Plaintiffs in this action.  I submit this declaration in support of Plaintiffs' Notice of Recent Development.  I have personal knowledge of the facts set forth in this declaration.

2.     Attached as Exhibit 1 is a true and correct copy (with limited redactions to protect identifying information) of a petition for writ of habeas corpus filed on May 1, 2026 in the United States District Court for the District of New Mexico.

3.     Attached as Exhibit 2 is a true and correct copy (with limited redactions to protect identifying information) of the response to that petition, attached as Exhibit 1, filed by DHS secretary Markwayne Mullin, ICE acting director Todd Lyons, and other government officials on May 15, 2026.

Executed on May 19, 2026
Washington, D.C.

_____
Allyson R. Scher