**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SILEIRI DOE,<br>MERYEM DOE, and<br>OLIVIA DOE,<br>on behalf of themselves and all others similarly situated, and<br>VENEZUELAN ASSOCIATION OF MASSACHUSETTS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, MARKWAYNE MULLIN,[1] in his official capacity as Secretary of the Department of Homeland Security, JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection.<br><br>Defendants. | Civil Action<br>No. 1:25-cv-12245-ADB |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

On September 28, 2026, the Court issued a Memorandum and Order providing a final sanctions order against Defendants, in which it issued a schedule of deadlines. (ECF Doc. No. 74) ("Court's Order"). Defendants hereby respectfully advise the Court that they have been working diligently to comply with the Court's deadlines, but that additional time is required for the following

[1]Secretary of Homeland Security Markwayne Mullin has been automatically substituted for former Secretary Kristi Noem. Fed. R. Civ. P. 25(d).

items.

1. **Adverse Consequences List**: The Court's Order directs that "[n]o later than 48 hours of entry of the Protective Order, Defendants will identify all class members who experienced any "Adverse Consequence," as defined below, from the date that their parole was terminated in April 2025 until April 21, 2026. (ECF Doc. 74 at 11).

   ***Defendants' Request***: Defendants will produce to Plaintiffs the information that they have to date by the Court's deadline. However, given the volume of information that needs to be reviewed and the reduced resources of the DHS agencies at this time, Defendants require additional time and respectfully ask for an additional 21 days to provide the balance of this information. Identification of class members who have been detained after termination of their parole during the relevant date range can be provided in this timeframe. *Raw data* regarding class members who have missed immigration appointments with ICE, or whose immigration appointments with ICE were cancelled during the relevant date range, can also be provided in this timeframe. However, this raw data will be overinclusive and potentially inaccurate due to system limitations and potential data quality issues within the appointment system.

2. **Affirmative Remediation:** The Court's Order directs that "Within 21 days of this Order, Defendants will establish a process that will allow Affected Class Members to request reopening or reconsideration of an adverse decision on an immigration benefit request (other than employment authorization based on parole) from USCIS without a fee, if the class member believes that an adverse decision resulted from the April 2025 parole termination, he or she is otherwise eligible for the benefit sought, and USCIS retains jurisdiction over the application. As a part of this process, Defendants will ensure that Affected Class Members are notified that they may qualify to avail themselves of this process. (ECF Doc. No. 74 at 12).

   ***Defendants' Request***: Defendants will require 45 days to complete this process because establishing a process for Affected Class Members will require substantial drafting and clearance of required documents. USCIS has initiated communications and logistics planning, however, establishing such a process requires significant time,

coordination, and administrative effort, and they respectfully request that the deadline for this item be extended 24 days. Once the process is finalized, Defendants will provide notice of the same on USCIS's website. USCIS will also require class members to submit a copy of the Notice required by the Court's Order (ECF Doc. No. 74 at 13-14), as proof of class membership.

3. **Notice to Class Members**: The Court's Order directs that "Within 14 days of the entry of the Protective Order, Defendants shall also send class members a notice containing the following message, translated into five languages to be determined jointly with Plaintiffs." (ECF Doc. No. 74 at 13-14).

   ***Defendants' Request***: Defendants will need additional time to negotiate with Plaintiffs, the selection of the five languages to be used; and to then translate the language of the Notice into each of those languages. Defendants respectfully request an extension of time of four weeks of this deadline.

Accordingly, for the foregoing reasons, Defendants respectfully request that the Court modify its September 29, 2026, Order to provide for the following revised deadlines:

1. Adverse Consequences List – Defendants will produce to Plaintiffs the information that they have to date by the Court's deadline (48 hours from the entry of the Protective Order), but Defendants will produce the balance of the information (as detailed above) by 23 days from the entry of the Protective Order.
2. Affirmative Remediation Process – To be completed by 45 days from the entry of the Protective Order.
3. Notice to Class Members – To be done by 6 weeks from the entry of the Protective Order.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 13, 2026

By: */s/ Shawna Yen*
Shawna Yen
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov

**L. R. 7.1 CERTIFICATION**

Pursuant to Local 7.1, Defendant's counsel states that on October 13, 2026, she emailed Plaintiffs' counsel regarding this Motion. Plaintiffs object to the Motion.

Date: October 13, 2026

*/s/ Shawna Yen*
Shawna Yen
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Shawna Yen, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 13, 2026

By: */s/ Shawna Yen*
Shawna Yen
Assistant United States Attorney