**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SILEIRI DOE,<br>MERYEM DOE, and<br>OLIVIA DOE,<br>on behalf of themselves and all others similarly situated, and<br>VENEZUELAN ASSOCIATION OF MASSACHUSETTS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, MARKWAYNE MULLIN,[1] in his official capacity as Secretary of the Department of Homeland Security, JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection.<br><br>Defendants. | Civil Action<br>No. 1:25-cv-12245-ADB |

**JOINT MOTION FOR PROTECTIVE ORDER**

Plaintiffs and Defendants in the above-captioned matter ("Action") hereby jointly move for a Protective Order to protect certain confidential information about Class Members that Defendants will be required to produce to Class Counsel, pursuant to the Court's forthcoming Order adopting the parties' Joint Proposal regarding remedies in this Action.

[1]Secretary of Homeland Security Markwayne Mullin has been automatically substituted for former Secretary Kristi Noem. Fed. R. Civ. P. 25(d).

By Order of July 30, 2026, Court ordered the parties "to confer and, working collaboratively, submit a single joint revised proposed order by August 10, 2026." (ECF No. 70). On July 31, 2026, Defendants moved for an extension of time until August 31, 2026, to file the joint revised proposed order, (ECF Doc. No. 71), which the Court granted. (ECF No. 72).

On August 31, 2026, the parties submitted the Joint Response to the Court's July 30, 2026, Order. (ECF Doc. No. 73). As set forth in the Joint Response, the parties agree that no later than 48 hours after the entry of the Court's Order adopting some or all of the parties' Joint Response, Defendants shall provide to Plaintiffs' counsel the list of all potential class members that Defendants generated in response to the Court's March 31, 2026 order.[2] *Id*. at 2. The list must include each potential class member's name, date of birth, and Alien Registration Number (Alien Number. *Id*.[3] Furthermore, Plaintiffs are willing to enter into a protective order for receipt of the class list, as Defendants have requested. *Id.*

In order to comply with the Joint Response and the Court's forthcoming Order adopting some or all the same, Defendants will be required to disclose information about class members and potential class members in this action to class counsel. Certain of that information may be subject to privacy and special confidentiality provisions under applicable federal laws or regulations, including but not

[2]Class members are defined as "All individuals who (i) scheduled their appointments for entry to the United States using the CBP One app; (ii) were paroled into the United States between May 16, 2023 and January 19, 2025; (iii) had their parole terminated in April 2025 pursuant to an email substantially similar to the one reproduced at paragraph 38 of the Complaint without any further explanation; and (iv) remain in the United States." (ECF Doc. No. 48 at 25).

[3] Plaintiff also seek information about each class member's country of origin. If the Court grants this request, then information about each class member's country of origin, when combined with the class member's name and will be treated as "Confidential" under this Protective Order. Aggregate information about potential class members' country of origin shall not be treated as "Confidential."

limited to 5 U.S.C. § 552a, 8 U.S.C. § 1367, 8 U.S.C. § 1254a, and 8 C.F.R. §§ 208.6, 1208.6, 244.16, 1244.16.

The parties therefore request that the Court enter the attached Proposed Order, which will authorize disclosure, under the terms provided therein, of such materials.

Dated: October 13, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Shawna Yen*
Shawna Yen
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov

Counsel for Plaintiffs:

*/s/ Cortney Robinson*
Allyson R. Scher (D.C. Bar No. 1616379)*
Cortney Robinson (D.C. Bar No. 1656074)*
Catherine M.A. Carroll (D.C. Bar No. 497890)*
Brian D. Netter (D.C. Bar No. 979362)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bnetter@democracyforward.org
ascher@democracyforward.org
crhenderson@democracyforward.org

Melanie M. Chaput (MA Bar No. 643470)
Heather Arroyo (MA Bar No. 698460)
Iris Gomez (MA Bar No. 201000)
MASSACHUSETTS LAW REFORM INSTITUTE
40 Court Street, Suite 700

Boston, MA 02108
Telephone: 617.357.0700
Facsimile: 617.357.0777
mchaput@mlri.org
harroyo@mlri.org
igomez@mlri.org

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Shawna Yen, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 13, 2026

By: */s/ Shawna Yen*
Shawna Yen
Assistant United States Attorney